# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 4, 2026

Lyle W. Cayce
Clerk

No. 25-10621
Summary Calendar

_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Ujamaa Jelani Rashaun Ballard,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:24-CR-11-1

_____

Before King, Haynes, and Ho, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Ujamaa Jelani Rashaun Ballard has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ballard has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10621

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.